PAUL GERLI, TRADING, &c., DEFENDANT IN ERROR, v. NATIONAL MILL SUPPLY COMPANY, PLAINTIFF IN ERROR.

Submitted July 11, 1910—Decided November 14, 1910.

On error to the Supreme Court, whose opinion is reported in 49 *Vroom* 1.

For the plaintiff in error, *Wayne Dumont.*

For the defendant in error, *Rayton E. Horton.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Chief Justice in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, TRENCHARD, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, DILL, CONGDON, JJ.   11.

*For reversal*—None.